UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendan Hunt
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Cpt. Nicole Papamichael (NYPD)
_____
_____
_____
_____
_____
_____

AMENDED
COMPLAINT
15 CV 5474 (LAP)

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes   ☐ No
(check one)

___ Civ. _____ (    )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/15

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name Brendan Hunt
             ID# _____
             Current Institution _____
             Address 80-35 213th Street
             Hollis Hills NY 11427

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Cpt. Nicole Papamichael   Shield # _____
                  Where Currently Employed City of New York
                  Address _____
                  _____

*Rev. 01/2010*                                                1

|  | | |
|---|---|---|
| Defendant No. 2 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| | _____ | |
| Defendant No. 3 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| | _____ | |

**Who did what?**

| | | |
|---|---|---|
| Defendant No. 4 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| | _____ | |
| Defendant No. 5 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| | _____ | |

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   _Zuccotti Park, Lower Manhattan_

B. Where in the institution did the events giving rise to your claim(s) occur?
   _On the steps leading out of the park_

C. What date and approximate time did the events giving rise to your claim(s) occur?
   _July 11, 2012, some time in the afternoon_

**What happened to you?**

D. Facts: _My right to freedom of expression, freedom of speech and freedom of assembly were violated by Cpt. Nicole Papamichael. On July 11, 2012, I was playing a drum in Zuccotti Park as part of an Occupy_

Rev. 01/2010                                     2

> Wall Street gathering. The police had told drummers many times before that drums had to be played inside the park, in fact, I have such an exchange on camera from a different day. On July 11, 2012, however, Cpt. Nicole Papamichael came over to me and said no drums in the park. Although I didn't understand why, I didn't question her orders, and I immediately complied, heading straight down the stairs to exit the park. As I was about to reach the last step, Papamichael came up behind me and said "too late", grabbed my arm and initiated this unjust arrest. I have this entire exchange on camera, filmed from multiple locations. I was put in handcuffs, the sign on my back was flipped over by her, in what appears on camera to be a deliberate move to hide political speech. The arrest, and manhandling by the officers under Papamichael's command, left me bloody and bruised.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

> I sustained open wounds on my wrists from the handcuffs which were made of plastic and cut into my skin. I was also punched in the stomach by an officer Dittrich in the police van for no apparent reason. I did not seek medical treatment at that time because the officers said I'd be in jail for a long time if I did.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve?
      _____
      _____

   2. What was the result, if any?
      _____
      _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
      _____
      _____
      _____
      _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
      _____
      _____

[Handwritten annotation in left margin: "Not applicable"]

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). For a sum of $10,000 based on the physical and emotional toll that this ordeal has put me through. It has hung over me like a cloud for years and this monetary compensation would help to set things right.

*Rev. 01/2010*                                    5

_____
_____
_____

**VI. Previous lawsuits:**

<div style="float:left">On these claims</div>

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____   No _____

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   _____ 3. Docket or Index number _____
   _____ 4. Name of Judge assigned to your case _____
           5. Approximate date of filing lawsuit _____
           6. Is the case still pending?  Yes _____  No _____
              If NO, give the approximate date of disposition _____
           7. What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
   _____
   _____

<div style="float:left">On other claims</div>

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes _____   No _____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   _____ 3. Docket or Index number _____
   _____ 4. Name of Judge assigned to your case _____
           5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4 day of November, 2015.

                                Signature of Plaintiff     [signature]

                                Inmate Number

                                ~~Institution~~ Address     80-38 213th Street
                                                        Hollis Hills, NY 11427

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4 day of November, 20 15, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                                Signature of Plaintiff: _____